NEW YORKER MAGAZINE, INC., *v.* GEROSA,
COMPTROLLER OF THE CITY OF
NEW YORK, ET AL.

No. 816.   Decided April 28, 1958.

*Wilbur H. Friedman, Joseph M. Proskauer* and *Marvin E. Frankel* for appellant.

*Peter Campbell Brown, Stanley Buchsbaum* and *Morris L. Heath* for appellees.

A brief of *amici curiae* supporting appellant was filed by *Alfred H. Wasserstrom* for the Hearst Corporation, and *George G. Tyler* for Time, Inc.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Western Live Stock* v. *Bureau of Revenue,* 303 U. S. 250.

VAN NEWKIRK *v.* McNEILL, SUPERINTENDENT,
MATTEAWAN STATE HOSPITAL.

No. 497, Misc.   Decided April 28, 1958.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.